

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-15-00357-CR

In re **GAMBLING DEVICES AND PROCEEDS**,
Appellant

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVK001558 D3 & 2015CRP000775 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court